# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
## (SOUTHERN DIVISION)

| | |
|---|---|
| NEW WEIMING LAW GROUP, PLLC, | |
| Plaintiff, | Civil Action No.:  8:19-cv-02457-PX |
| v. | |
| THE LAW OFFICE OF DANIEL GUO, P.C., and DANIEL GUO, | |
| Defendants | |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is stipulated and agreed that the above-captioned action is dismissed with prejudice. It is further stipulated and agreed that each party will bear its own costs, expenses, and attorneys' fees.

Dated: November 20, 2019

Respectfully submitted,

/s/ Cary Joshi
Cary Joshi (MD Bar #:  1806070002)
Bailey & Glasser, LLP
1055 Thomas Jefferson Street NW,
Suite 540
Washington, DC 20007
Telephone:    (202) 463-2101
Facsimile:      (202) 463-2103
cjoshi@baileyglasser.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on  November 20, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, sending notice to all who are registered to receive notice in this matter.

/s/ *Cary Joshi*

Cary Joshi